**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) |
| | ) Case No. 19-34054 (SGJ) |
| Debtor. | ) |
| | ) |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Adv. Pro. No. 20-03105 (SGJ) |
| | ) |
| HUNTER MOUNTAIN INVESTMENT TRUST, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Cerene Credo, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On March 2, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Debtor's Notice of Rule 30(b)(6) Deposition of Hunter Mountain Investment Trust** [Docket No. 12]

Dated: March 5, 2021

/s/ Cerene Credo
Cerene Credo
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

# EXHIBIT A

**Exhibit A**

Affected Parties

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | 919 N Market St Ste 420 | Wilmington | DE | 19801-3014 |

Highland Capital Management, L.P.

Case No. 19-34054